ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARYLAND CASUALTY COMPANY, et al., ) Case No.: 2:08-cv-01040-LRH-LRL
)
Plaintiffs, ) **STIPULATION FOR ENTRY OF**
) **ORDER VACATING SCHEDULE FOR**
vs. ) **CROSS-MOTIONS FOR SUMMARY**
) **JUDGMENT** AND ORDER
TRANSPORTATION INSURANCE )
COMPANY, et al., )
)
Defendants. )
_____ )

    Plaintiffs Maryland Casualty Co. and Assurance Company of America (collectively "Maryland Casualty") and defendants Transportation Insurance Co., Valley Forge Insurance Co., Continental Insurance Co., and National Fire Insurance Co. of Hartford, as successor by merger to Transcontinental Insurance Co. (collectively the "CNA Servicemark Companies") hereby stipulate to the entry of an order vacating the briefing and hearing schedule for the cross-motions for summary judgment. The current schedule calls for opening briefs to be filed on November 7, 2008, reply briefs on November 21, 2008, and a hearing (if necessary) on December 12, 2008.

1

Maryland Casualty has moved to remand this action to the state court, which the CNA Servicemark Companies have opposed. A ruling on Maryland Casualty's motion has not yet been issued. Additionally, Maryland Casualty and the CNA Servicemark Companies are discussing an informal exchange of information and a possible stipulation of agreed facts upon which to eventually base cross-motions for summary judgment.

To account for the possibility that this case may be remanded, as well as to allow the parties sufficient time to exchange information and explore the potential for a stipulation to facts to simplify cross-motions for summary judgment, Maryland Casualty and the CNA Servicemark Companies stipulate to the entry of an order vacating the foregoing schedule. A new briefing and hearing schedule may be addressed at a later date.

Respectfully submitted,

Date: 11/4/08

MORALES FIERRO & REEVES

RAMIRO MORALES, ESQ.
Nevada Bar No. 007101
WILLIAM C. REEVES, ESQ.
Nevada Bar No. 008235
400 N. Stephanie Street, Suite 260
Henderson, Nevada 89108
(702) 699-7822

Attorneys for Plaintiffs
MARYLAND CASUALTY COMPANY and ASSURANCE COMPANY OF AMERICA

Date: 11/4/08

ALVERSON, TAYLOR, MORTENSEN & SANDERS

LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SEETAL TEJURA, ESQ.
Nevada Bar No. 008284
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000

Attorneys for Defendants
TRANSPORTATION INSURANCE COMPANY, an Illinois Corporation; VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation, CONTINENTAL INSURANCE COMPANY, a South Carolina Corporation; and NATIONAL FIRE INSURANCE COMPANY of HARTFORD As Successor by Merger to TRANSCONTINENTAL INSURANCE COMPANY, sued herein as TRANSCONTINENTAL INSURANCE COMPANY

2

IT IS SO ORDERED.

DATED this 6th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3