ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY and ASSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSPORTATION INSURANCE COMPANY, VALLEY FORGE INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, TRANSCONTINENTAL INSURANCE COMPANY, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE No:  2:08-cv-01040-LRH-LRL<br><br>**STIPULATION FOR ENTRY OF ORDER TO CONTINUE THE DEADLINE TO FILE DISPOSITIVE MOTIONS FOR AN ADDITIONAL THIRTY-TWO (32) DAYS FIRST REQUEST**[1]  ; ORDER |

Plaintiffs Maryland Casualty Co. and Assurance Company of America (collectively "Plaintiffs") and Defendants Transportation Insurance Co., Valley Forge Insurance Co., Continental Insurance Co., and National Fire Insurance Co. of Hartford, as successor by merger to Transcontinental Insurance Co. (collectively "Defendants") hereby stipulate to the entry of an order extending the deadline to file dispositive Motions by thirty-two (32) days, thereby moving said

---

[1] While the parties have made one request to continue the discovery deadline for ninety (90) days, and therefore the deadline to file dispositive motions, this is the first stipulation to only extend the deadline to file dispositive motions.

1                                                                                              17711-ST

deadline from Thursday, September 10, 2009 to Monday, October 12, 2009.

## I.

## **BRIEF SUMMARY OF PLAINTIFFS' ALLEGATIONS**

Plaintiffs were the direct insurers that funded the defense of the developer and general contractor in the underlying construction defect litigation that was pending before Eighth Judicial District Court.  Defendants were the direct insurers of subcontractors that were involved in the underlying construction defect litigation. Plaintiffs claim that the developer and general contractor were additional insured's under the policies issued to the subcontractors by the Defendants, and therefore owed a duty to defend and indemnify developer and general contractor. Defendants deny Plaintiffs' allegations on a number of bases, including the contention that the defense obligation owing under the policies Defendants issued is excess to other available insurance, and is therefore excess to the insurance afforded by Plaintiffs.

## II.

## **REASONS WHY THE DEADLINE TO FILE DISPOSITIVE MOTIONS SHOULD BE EXTENDED FOR AN ADDITIONAL THIRTY-TWO (32) DAYS**

While discovery is now closed, Plaintiffs produced numerous volumes of documents during the course of discovery.  To allow Defense counsel complete their analysis of the documents exchanged and for the parties to further explore the potential for a stipulation to facts to simplify cross-motions for summary judgment, the parties stipulate to the entry of an Order extending the deadline for dispositive Motions for an additional thirty-two (32) days.

## III.

## **PROPOSED SCHEDULE FOR FILING DISPOSTIVE MOTIONS AND THE JOINT PRE-TRIAL ORDER**

The Parties propose the following scheduling Order:

(a) <u>Dispositive Motions</u>: That the current deadline for filing dispositive Motions of Thursday, September 10, 2009 be extended for an additional thirty-two (32) days to **Monday, October 12, 2009**.

(b) <u>Pretrial Order</u>: In light of the fact that at least one Motion for Summary Judgment will be filed, the deadline for filing the Pre-Trial Order will be suspended until 30 days after the filing of an Order deciding the dispositive Motion(s).

| | |
|---|---|
| Date: August 27, 2009 | Date: August 27, 2009 |
| MORALES FIERRO & REEVES | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| /s/ William Reeves | /s/ Seetal Tejura |
| RAMIRO MORALES, ESQ.<br>Nevada Bar No. 007101<br>WILLIAM C. REEVES, ESQ.<br>Nevada Bar No. 008235<br>400 N. Stephanie Street, Suite 260<br>Henderson, Nevada 89108<br>(702) 699-7822<br><br>Attorneys for Plaintiffs<br>MARYLAND CASUALTY COMPANY and ASSURANCE COMPANY OF AMERICA | SEETAL TEJURA, ESQ.<br>Nevada Bar No. 008284<br>7401 W. Charleston Boulevard<br>Las Vegas, Nevada 89117<br>(702) 384-7000<br>Attorneys for Defendants, TRANSPORTATION INSURANCE COMPANY, VALLEY FORGE INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY |

**ORDER**

IT IS ORDERED THAT the above proposed deadlines are hereby adopted.

Dated: August 31, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE