UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*/

| | |
|---|---|
| MARYLAND CASUALTY COMPANY and ASSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY FORGE INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, TRANSCONTINENTAL INSURANCE COMPANY, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE No: 2:08-cv-01040-LRH-LRL<br><br>**STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs MARYLAND CASUALTY COMPANY and ASSURANCE COMPANY OF AMERICA; and Defendants VALLEY FORGE INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY, by and through their respective attorneys of record, that said Defendants be dismissed from this matter, with

. . . .

prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 13 day of December, 2010.	Dated this 10th day of December, 2010.

MORALES FIERRO & REEVES	ALVERSON, TAYLOR, MORTENSEN & SANDERS

By _____	By _____
RAMIRO MORALES	SEETAL TEJURA
Nevada Bar No. 007101	Nevada Bar No. 008284
WILLIAM C. REEVES	7401 West Charleston Boulevard
Nevada Bar No. 008235	Las Vegas, NV 89117
375 N. Stephanie Street, Suite 211	(702) 384-7000
Henderson, Nevada 89014	Attorneys for Defendants
Attorneys for Plaintiffs	VALLEY FORGE INSURANCE
MARYLAND CASUALTY	COMPANY, CONTINENTAL
COMPANY and ASSURANCE	INSURANCE COMPANY, and
COMPANY OF AMERICA	NATIONAL FIRE INSURANCE
	COMPANY OF HARTFORD,
	SUCCESSOR BY MERGER TO
	TRANSCONTINENTAL INSURANCE
	COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: January 15, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-